UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62361-CIV-COHN/SELTZER

JOSEPH PETRIE, RICHARD SMITH,
MICHAEL POLLIO, PATRICK KERNEY,
LARRY PUCCIO, JAMES TERRY,
FRED SCHLICHTE, CHRIS HOCKENBURY,
MIKE TALBERT, and ROBERT SHERMAN,
as Trustees of the PLUMBERS &
PIPEFITTERS LOCAL UNION NO. 719
HEALTH AND WELFARE FUND,
PLUMBERS & PIPEFITTERS LOCAL UNION
NO. 719 PENSION TRUST FUND, and the
PLUMBERS & PIPEFITTERS LOCAL UNION
NO. 719 JOINT APPRENTICESHIP
AND TRAINING TRUST FUND,

    Plaintiffs,

v.

FLORIDA TROPICAL PLUMBING
CORPORATION,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Default Final Judgment and Partial Dismissal Notice [DE 9] ("Motion"). The Court has carefully reviewed the Motion and the entire file of this case, including Plaintiff's Complaint [DE 1], the Return of Service upon Defendant [DE 5], the Clerk's Default entered against Defendant [DE 8], and the failure of Defendant to respond to Plaintiffs' Motion by the deadline of January 30, 2015.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court finds that Plaintiffs have met their burden of showing that they are entitled to a final default

judgment. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Default Final Judgment and Partial Dismissal Notice [DE 9] is **GRANTED**;

2. Judgment is entered in favor of Plaintiffs and against Defendant Florida Tropical Plumbing Corporation. Plaintiffs shall recover from Defendant $32,947.99 (amounts owed for the payroll periods from January 1, 2013, through December 31, 2013), plus interest thereon at the rate of 0.17% per annum from the date of this Final Default Judgment, for which let execution issue;

3. Plaintiffs' claims regarding the payroll periods between January 1, 2011, and December 31, 2012, are **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiffs may file any other appropriate motions in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court; and

5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of February, 2015.

                                                   _____
                                                   JAMES I. COHN
                                                   United States District Judge

Copies provided to:

Counsel of record via CM/ECF